UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____ Division

In re

                                               Case No.

        Debtor(s)                          Chapter   13

## ORDER DENYING CONFIRMATION
## AND DIRECTING CLERK TO DISMISS CASE IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015-2 ARE NOT MET

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that confirmation of the debtor's plan filed _____, is denied; and it is further

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan,</u> the Clerk of Court is directed to dismiss the Chapter 13 case unless, within twenty (20) days from this Order, the debtor takes one of the actions enumerated in Local Bankruptcy Rule 3015-2; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

                                            _____
                                              United States Bankruptcy Judge

Date: _____

                                              NOTICE OF JUDGMENT OR ORDER
                                              ENTERED ON DOCKET:
                                              _____

[odn13con ver. 02/07]